IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| WENDY ELLIS BAILEY, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:19CV237 |
| v. | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | ) | **ORDER** |
| Defendant. | ) | |

With regard to the portion of the court's prior Memorandum and Order that orders service of the Complaint "on the Acting Commissioner of the Social Security Administration and other parties typically served in Social Security appeals," (Filing No. 10 at CM/ECF p. 1 ¶ 3),

IT IS ORDERED that the Marshal shall serve the United States without payment of costs or fees. Service shall be effected pursuant to Federal Rule of Civil Procedure 4(i) regarding "[s]erving the United States and Its Agencies, Corporations, Officers, or Employees."

DATED this 2nd day of July, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge