IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| WENDY ELLIS BAILEY, | |
|---|---|
| Plaintiff, | 8:19CV237 |
| vs. | |
| CITIZENS DISABILITY, LLC, and ANDREW M. SAUL, Commissioner of the Social Security Administration, | MEMORANDUM AND ORDER |
| Defendants. | |

On January 15, 2020, and pursuant to Nebraska Civil Rule 41.2, this court ordered Plaintiff to "show cause why this action should not be dismissed without prejudice for lack of prosecution **on or before January 31, 2020**, in the absence of which this matter shall be dismissed without further notice to Plaintiff." (Filing 21 at CM/ECF p. 2 (emphasis in original).) Plaintiff has failed to respond to the court's show-cause order. Accordingly,

IT IS ORDERED:

1. Plaintiff's Complaint is dismissed without prejudice for lack of prosecution; and

2. Judgment shall be entered by separate document.

Dated this 11th day of February, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge